```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy Spindler,

                Plaintiff,

-against-

Andrew Saul, Commissioner of Social Security,

                Defendant.

1:20-cv-06496 (VEC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Tuesday, December 1, 2020, Plaintiff shall file a letter regarding the status of this action, including efforts made to serve Defendant with the Complaint.

**SO ORDERED.**

DATED:    New York, New York
             November 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge