UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy Spindler,

                Plaintiff,

-against-

Andrew Saul, Commissioner of Social Security,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2021

1:20-cv-06496 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Standing Order entered in this action at ECF No. 4, Plaintiff's Motion for a Judgment on the Pleadings was due on July 2, 2021. (*See* Standing Order, ECF No. 4, at 1 (counseled motion for judgment on the pleadings to be filed within 60 days of the date the administrative record is filed); Administrative Record, ECF No. 15 (filed May 3, 2021).)

It is hereby Ordered that Plaintiff shall file any Motion for Judgment on the Pleadings no later than Tuesday, August 17, 2021. If Plaintiff fails to file such a motion by that date, I intend to recommend to District Judge Caproni that this action be dismissed for failure to prosecute.

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of Court is respectfully requested to amend the caption to substitute "Kilolo Kijakazi, Acting Commissioner of Social Security" in place of "Andrew Saul, Commissioner of Social Security."

SO ORDERED.

Dated:    New York, New York
            August 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge